ALEXANDER E. WOLF (SBN 299775)
awolf@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California, 90212
Tel: 872-365-7060

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYN SCOTT, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-05268-ODW-AS<br><br>Hon. Otis D. Wright II<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please take notice that this action is hereby voluntarily dismissed without prejudice in its entirety. Defendant has not served an answer or motion for summary judgment in this action, and Plaintiff has not previously dismissed any action based on the same or similar claims against Defendant.

Accordingly, Plaintiff respectfully notices voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (authorizing dismissal "without a court order . . . before the opposing party serves either an answer or a motion for summary judgment"); Fed. R. Civ. P. 41(a)(1)(B); *Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993); *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

Dated: July 8, 2025

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By: */s/ Alexander E. Wolf*
ALEXANDER E. WOLF
Attorneys for Plaintiff