JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-05268-ODW (XXXx) | Date | July 9, 2025 |
|---|---|---|---|
| Title | *Lyn Scott v. Colgate-Palmolive Co.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal, (ECF No. 10), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED** that:

1. Plaintiff's individual claims against Defendant are **DISMISSED** without prejudice;

2. The class allegations are **DISMISSED** without prejudice;

3. All dates and deadlines in this action are **VACATED** and taken off calendar; and

4. Notice to the putative class members is not necessary given the stage of the proceedings, and that the dismissal of their claims is without prejudice.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                    :   00

                                        Initials of Preparer   SE